UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| U.S. and California, ex rel. Theresa Di Donna | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-06368-DSF-KS |
| v. | |
| Advanced Imaging Center, Inc.; and Does 1-10 | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Advanced Imaging Center, Inc. ☐ Plaintiff ☒ Defendant ☐ Other _____
_____
Name of Party

to substitute Raymond J. McMahon _____ who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

5440 Trabuco Road
_____
Street Address

Irvine, California 92620                                    rmcmahon@dsmllp.com
_____                                     _____
City, State, Zip                                            E-Mail Address

949-727-7077            949-727-1284            169001
_____        _____         _____
Telephone Number       Fax Number               State Bar Number

as attorney of record instead of Kent T. Brandmeyer; Elizabeth A. Evans
_____
List all attorneys from same firm or agency who are withdrawing.

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  November 14, 2019           _____
                                   U. S. District Judge

G-01 ORDER (09/17)          ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY