JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* THERESA DI DONNA; and STATE OF CALIFORNIA, *EX REL.* THERESA DI DONNA,<br><br>Relator,<br><br>vs.<br><br>ADVANCED IMAGING CENTER, INC.; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:18-CV-06368-DSF-KS<br><br>**ORDER OF DISMISSAL** |

Pursuant to stipulation of the parties, this case is hereby DISMISSED, with prejudice as to the Covered Conduct as defined in the parties' Settlement Agreement, each side to bear is own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  January 26, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1